UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 2:18-mj-35
                                            HON. TIMOTHY P. GREELEY

JOSE MANUEL GONZALEZ-ACEVEDO,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on September 22, 2018, for an initial appearance on an complaint charging defendant with Reentry of Removed Alien. The Court was advised by pretrial services that there is a detainer lodged for this defendant making him ineligible for release on bond; the government agreed.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                       /s/ Timothy P. Greeley
                                                      TIMOTHY P. GREELEY
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2018